IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10CV22-RLV

| | |
|---|---|
| NATIONAL APARTMENT ASSOCIATION, INC., <br>     **Plaintiff**, <br><br> v. <br><br> MOSTELLER MANSION, LLC, ET AL, <br>     **Defendants.** | **ORDER** |

**THIS MATTER** is before the Court upon its own Motion. An Order was entered by the Court on November 15, 2012, directing the Plaintiff to submit a status report or motion of default entry of default/default judgment. Plaintiff was allowed 14 days from the date of the Order to respond or risk dismissal of their claims. As of March 29, 2013, Plaintiff has yet to respond.

**IT IS, THEREFORE ORDERED** that the above captioned case is **DISMISSED with prejudice** for failure to prosecute.

Signed: March 29, 2013

Richard L. Voorhees
United States District Judge