# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| National Apartment Association, Inc., | ) | CLERK'S JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:10-CV-00022-RLV-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Mosteller Mansion, LLC, et al | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 29, 2013 Order.

March 29, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court